UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| PLAINTIFFS, | ) | MDL No.: 2873 |
| | ) | |
| **Plaintiffs**, | ) | |
| | ) | **Civil Action No.:** |
| v. | ) | |
| | ) | |
| **3M COMPANY f/k/a Minnesota** | ) | **Master Docket No.: 2:18-mn-2873** |
| **Mining and Manufacturing Company;** | ) | |
| **AGC CHEMICALS AMERICAS INC.;** | ) | |
| **AMEREX CORPORATION;** | ) | **JUDGE RICHARD GERGEL** |
| **ARKEMA INC.; ARCHROMA U.S.** | ) | |
| **INC.; BASF CORPORATION;** | ) | |
| **BUCKEYE FIRE EQUIPMENT** | ) | **DIRECT FILED SHORT FORM** |
| **COMPANY; CARRIER GLOBAL** | ) | **COMPLAINT AND JURY DEMAND** |
| **CORPORATION; CHEMDESIGN** | ) | **PURSUANT TO CASE MANAGEMENT** |
| **PRODUCTS, INC;** | ) | **ORDER NO. 35** |
| **CHEMGUARD, INC.; CLARIANT** | ) | |
| **CORPORATION; CORTEVA, INC.;** | ) | |
| **DEEPWATER CHEMICALS, INC.;** | ) | |
| **DUPONT DE NEMOURS INC., f/k/a** | ) | |
| **DOWDUPONT, INC.; DYNAX** | ) | |
| **CORPORATION; E.I. DUPONT DE** | ) | |
| **NEMOURS AND COMPANY,** | ) | |
| individually and as successor in interest | ) | |
| to DuPont Chemical Solutions | ) | |
| Enterprise; NATIONAL FOAM, INC.; | ) | |
| THE CHEMOURS COMPANY, | ) | |
| individually and as successor in interest | ) | |
| to DuPont Chemical Solutions | ) | |
| Enterprise; THE CHEMOURS | ) | |
| COMPANY FC, LLC, individually and | ) | |
| as successor in interest to DuPont | ) | |
| Chemical Solutions Enterprise; TYCO | ) | |
| FIRE PRODUCTS L.P.; UTC FIRE & | ) | |
| SECURITY AMERICAS | ) | |
| CORPORATION, INC., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**Plaintiffs**

1.      Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and

Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result

of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional

distress, mental anguish, economic injuries, and personal injuries as described below.

2.      Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3.      Plaintiffs bring suit against the following defendants (list all defendants being

named):

| | |
|---|---|
| Defendant 1 | 3M Company f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC Chemicals Americas Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Arkema, Inc. |
| Defendant 5 | Archroma U.S., Inc. |
| Defendant 6 | BASF Corporation |
| Defendant 7 | Carrier Global Corporation |
| Defendant 8 | ChemDesign Products, Inc. |
| Defendant 9 | ChemGuard, Inc. |
| Defendant 10 | Clariant Corporation |
| Defendant 11 | Corteva, Inc. |
| Defendant 12 | DeepWater Chemicals, Inc. |
| Defendant 13 | DuPont De Nemours, Inc., f/k/a DowDuPont, Inc. |
| Defendant 14 | Dynax Corporation |
| Defendant 15 | E.I. DuPont De Nemours and Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |

| Defendant 16 | National Foam, Inc. |
|---|---|
| Defendant 17 | The Chemours Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |
| Defendant 18 | The Chemours Company FC, LLC, individually and successor in interest to DuPont Chemicals Solutions Enterprise |
| Defendant 19 | Tyco Fire Products, LP |
| Defendant 20 | UTC Fire & Security Americas Corporation, Inc. |
| Defendant 21 | |

## Jurisdiction and Venue

4.     Plaintiff alleges jurisdiction base on:

    a.   __ Diversity

    b.   ___ Federal Question

    c.   _X__ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    d.   ___ Other: _____

5.     Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have otherwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6.     Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    a.   Direct exposure to AFFF (i.e. use of handling of AFFF); and/or

    b.   Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    c.   Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7.     Plaintiffs allege one or more of the following personal injuries as described in Exhibit A:

   a.  Kidney Cancer

   b.  Testicular Cancer

   c.  Thyroid Disease

   d.  Ulcerative Colitis

   e.  Liver Cancer

   f.  Thyroid Cancer

8.     Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequala attributable to the injuries alleged above.

**Causes of Action**

9.     The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

   Count I – Defective Design
   Count II – Failure to Warn
   Count III – Negligence
   Count IV – Negligence Per Se
   Count V – Trespass and Battery
   Count VI – Strict Product Liability
   Count VII – Market Share Liability, Alternative Liability, Concert of Action, and
         Enterprise Liability
   Count VIII – Concealment, Misrepresentation, and Fraud
   Count IX – Conspiracy
   Count X – Wrongful Death

Count XI – Loss of Consortium

<u>Other Causes of Action:</u>

Count XII – Negligent, Intentional, Reckless Infliction of Emotional Distress

**<u>Jury Demand</u>**

10.     Plaintiffs demand a trial by jury as to all claims in this action.

Dated: August 29, 2025

Respectfully submitted,

Mark M. Abramowitz
Michael P. Trexler
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
(440) 953-8888
mabramowitz@dicellolevitt.com
mtrexler@ dicellolevitt.com

***Counsel for Plaintiffs***

| # | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name) | DOB (of injured party) | State of Residence | Home venue (per ¶5) | Direct Exposure to AFFF (per ¶6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thryoid cancer) | Causes of Action (please indicate via Count number (per ¶9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Jason Lynn Hutson | 5/29/1982 | Texas | Northern District of Texas | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2 | Misty Hutson | | | | | | | | XI |
| 3 | Jason McClendon | 11/17/1981 | North Carolina | Northern District of North Carolina | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4 | Jason Sardella | 12/13/1968 | Texas | Northern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5 | Jason Shawne Kneeland | 7/26/1971 | New York | Northern District of New York | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6 | Jason William Muse | 3/11/1977 | Michigan | Eastern District of Michigan | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7 | Jason Young | 5/30/1970 | Texas | Western District of Texas | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8 | Jay Greiner | 4/3/1971 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9 | Jeffery Allen Keller | 6/25/1969 | Ohio | Southern District of Ohio | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10 | Jeffery Hanson | 12/18/1966 | Florida | Middle District of Florida | Yes | No | No | Thyroid Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11 | Jeffrey Booher | 3/10/1954 | Indiana | Southern District of Indiana | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12 | Jeffrey Boyd | 11/10/1953 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13 | Jeffrey Hildebrand | 3/8/1970 | Pennsylvania | Western District of Pennsylvania | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14 | Jeffrey Sacks | 7/24/1961 | New York | Northern District of New York | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15 | Jelsamina Grtojan | 11/28/1984 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16 | Jennifer McMillan | 1/10/1977 | Oklahoma | Western District of Oklahoma | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17 | Jennifer Penn | 12/16/1973 | Texas | Western District of Texas | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18 | Jeremy Goode Jr. | 8/20/1990 | North Carolina | Middle District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19 | Kelsey Langley | | | | | | | | XI |
| 20 | Jeremy Johnson | 8/6/1980 | Minnesota | District of Minnesota | Yes | No | No | Thyroid Disease, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21 | Jerrime Shells | 10/20/1975 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22 | Jerry Dean Fulwider Jr | 3/17/1962 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23 | Jerry Lee Cotten | 11/24/1950 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24 | Rosemary Cotten | | | | | | | | XI |
| 25 | Jesse Lestat | 11/17/1967 | Washington | Western District of Washington | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26 | Jesse Ruiz | 11/15/1969 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27 | Elisa Ruiz | | | | | | | | XI |
| 28 | Jevenetta Dunton | 3/12/1963 | Texas | Eastern District of Texas | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29 | Jillian P. Easley | 5/25/1974 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30 | Sam Easley | | | | | | | | XI |
| 31 | Jim Kennedy Jr | 8/22/1970 | Florida | Middle District of Florida | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32 | Gabriella Kennedy | | | | | | | | XI |
| 33 | Jimmie Casias | 2/9/1937 | Texas | Western District of Texas | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34 | Rachel Casias | | | | | | | | XI |
| 35 | Jimmie Croy | 12/2/1971 | Ohio | Southern District of Ohio | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36 | Kelly Croy | | | | | | | | XI |
| 37 | Jimmy Lee Earl | 3/9/1960 | North Carolina | Western District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38 | Jody Lee Lowing | 8/1/1961 | Michigan | Western District of Michigan | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39 | Joel Ledbetter | 6/26/1963 | North Carolina | Western District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40 | Jennifer Renee Atkinson | | | | | | | | XI |
| 41 | Joel Marquez | 1/31/1968 | Alabama | Southern District of Alabama | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42 | Veronica Marquez | | | | | | | | XI |
| 43 | Joellan Scott | 12/5/1961 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44 | David Scott | | | | | | | | XI |
| 45 | John Chilson | 3/1/1984 | North Carolina | Eastern District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46 | Melissa Chilson | | | | | | | | XI |

| # | Name | DOB | State | District | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 47 | John Cockerham | 1/30/1966 | Kentucky | Western District of Kentucky | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48 | John David Mooney Jr. | 4/24/1955 | Minnesota | District of Minnesota | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49 | John David Simcoe | 8/10/1955 | Indiana | Northern District of Indiana | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50 | John Davis Cook | 8/18/1973 | Indiana | Northern District of Indiana | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51 | John Dennis Wilson | 5/26/1968 | Arkansas | Western District of Arkansas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52 | Vicki Wilson | | | | | | | | XI |
| 53 | John Di Marzo | 9/20/1968 | New York | Western District of New York | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54 | John Flanagan | 9/29/1974 | Texas | Southern District of Texas | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55 | Elizabeth Flanagan | | | | | | | | XI |
| 56 | John Francis Pierce | 7/16/1949 | New Hampshire | District of New Hampshire | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57 | John Houser | 2/7/1950 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58 | Annette Houser | | | | | | | | XI |
| 59 | John Jenkins | 10/18/1967 | Texas | Northern District of Texas | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60 | John King | 5/18/1952 | Florida | Middle District of Florida | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61 | John Klinginsmith | 9/25/1965 | Washington | Western District of Washington | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62 | Vicky Lee Klinginsmith | | | | | | | | XI |
| 63 | John Linn | 2/11/1964 | Pennsylvania | Western District of Pennsylvania | Yes | No | No | Thyroid Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64 | John Loniak | 8/21/1970 | Arkansas | Western District of Arkansas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65 | John Mulligan | 2/18/1949 | North Carolina | Western District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66 | John O'Brien | 11/13/1953 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67 | John Paul Stewart | 5/18/1981 | Kentucky | Western District of Kentucky | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68 | John Ratcliff | 3/4/1953 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69 | Charlotte Ratcliff | | | | | | | | XI |
| 70 | John Reno | 8/23/1973 | Florida | Southern District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71 | John Ross | 4/23/1961 | Indiana | Southern District of Indiana | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72 | John Symons | 7/30/1956 | Florida | Northern District of Florida | Yes | No | No | Liver Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73 | Cheryl Symons | | | | | | | | XI |
| 74 | Johnnie Lee Gilpen Jr | 5/14/1971 | Oklahoma | Western District of Oklahoma | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75 | Johnny Lee Jenkins | 4/27/1953 | Arkansas | Eastern District of Arkansas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76 | Johny Rogers | 8/6/1973 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77 | Yoshiko Rogers | | | | | | | | XI |
| 78 | Jon Michael Laws | 7/1/1967 | Texas | Southern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79 | Jon Roberts | 11/28/1962 | Arizona | District of Arizona | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80 | Lauris Roberts | | | | | | | | XI |
| 81 | Jonathan Kilburn | 11/4/1993 | Tennessee | Middle District of Tennessee | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82 | Jose Omar Carranza | 3/11/1979 | California | Central District of California | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83 | Jose Ortiz Jr. | 6/5/1977 | Texas | Southern District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84 | Joseph Belote | 10/10/1968 | Florida | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85 | Kari Belote | | | | | | | | XI |
| 86 | Joseph D Wilgeroth | 9/18/1970 | Texas | Western District of Texas | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87 | Joseph Ferraro | 12/20/1974 | Texas | Northern District of Texas | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88 | Joseph Llamas | 11/25/1973 | Texas | Southern District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89 | Brenda Llamas | | | | | | | | XI |
| 90 | Joseph Michael Casella | 12/2/1970 | New Jersey | District of New Jersey | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91 | Joseph Vearnon | 3/21/1966 | Pennsylvania | Western District of Pennsylvania | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92 | Faith Vearnon | | | | | | | | XI |
| 93 | Joseph Williams | 5/30/1956 | Florida | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94 | Virginia Williams | | | | | | | | XI |
| 95 | Joseph Zdravko Martarano | 11/20/1995 | Washington | Western District of Washington | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96 | Joshua Richard Shake | 1/19/1976 | Florida | Middle District of Florida | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97 | Alyson Marie Shake | | | | | | | | XI |
| 98 | Joshuah Murphy | 2/4/1982 | Kentucky | Eastern District of Kentucky | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99 | Emily Murphy | | | | | | | | XI |
| 100 | Juan Carlos Montoya | 5/24/1985 | California | Central District of California | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101 | Juan Castillo | 1/31/1961 | Texas | Southern District of Texas | No | Yes | No | Kidney Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| # | Name | DOB | State | District | | | Condition | Counts |
|---|------|-----|-------|----------|---|---|-----------|--------|
| 102 | Jude Seilhan | 1/17/1961 | Florida | Northern District of Florida | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103 | Julene Chara Morgan | 2/4/1975 | Florida | Middle District of Florida | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104 | Julian Salazar | 7/18/1989 | California | Central District of California | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105 | Julianne Pantaleone | 4/15/1962 | New York | Eastern District of New York | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106 | Steven Pantaleone | | | | | | | XI |
| 107 | Justin Cuvelier | 7/27/1983 | Ohio | Southern District of Ohio | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108 | Kamal Muhammad | 11/16/1956 | Tennessee | Middle District of Tennessee | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109 | Kathleen Alvarez | 3/5/1979 | Florida | Middle District of Florida | Yes | Yes | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110 | Kayla Lane | 1/31/1985 | California | Eastern District of California | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111 | Keith Johnson | 3/18/1954 | Michigan | Eastern District of Michigan | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112 | Keith McIntosh | 10/26/1957 | Alabama | Southern District of Alabama | Yes | Yes | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113 | Ganesa McIntosh | | | | | | | XI |
| 114 | Kelli Hendrix | 9/17/1971 | Michigan | Eastern District of Michigan | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115 | Kelly Wang | 10/11/1961 | Idaho | District of Idaho | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116 | Kelsie Lynn Manly | 2/9/1991 | Texas | Southern District of Texas | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117 | Alec Manly | | | | | | | XI |
| 118 | Kelvin Dillingham | 4/4/1982 | Florida | Middle District of Florida | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119 | Kenneth Boozer | 8/14/1957 | Texas | Northern District of Texas | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120 | Kenneth Eastman | 7/10/1954 | New York | Western District of New York | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121 | Joyce Eastman | | | | | | | XI |
| 122 | Kenneth Francis Lawrence | 2/11/1952 | California | Eastern District of California | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123 | Kenneth Keith | 12/10/1956 | Indiana | Southern District of Indiana | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124 | Deborah Keith | | | | | | | XI |
| 125 | Kevin Allen Rittman | 1/18/1993 | New Jersey | District Court of New Jersey | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126 | Kevin Gabler | 8/19/1961 | Florida | Middle District of Florida | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127 | Linda Gabler | | | | | | | XI |
| 128 | Kevin Guillot | 6/4/1972 | Texas | Western District of Texas | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129 | Kevin Jenkins | 3/9/1972 | Georgia | Southern District of Georgia | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130 | Kimberly Rybka | 5/10/1968 | Texas | Northern District of Texas | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 131 | Kimberly Suzanne Armstrong | 9/7/1967 | Oregon | District of Oregon | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132 | Kirk Zachary | 6/6/1960 | Texas | Western District of Texas | Yes | No | Kidney Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133 | Larry Davis | 5/26/1946 | North Carolina | Eastern District of North Carolina | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134 | Larry Sharpe | 6/30/1952 | Florida | Northern District of Florida | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135 | Shirley Sharpe | | | | | | | XI |
| 136 | Laura Abernathy | 8/25/1971 | Texas | Western District of Texas | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 137 | Lee Franks | 2/8/1969 | Pennsylvania | Eastern District of Pennsylvania | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138 | Leefran Tolley | 10/12/1970 | Texas | Eastern District of Texas | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139 | Steven Andrew Tolley | | | | | | | XI |
| 140 | Leo Torregiano | 2/1/1955 | Florida | Middle District of Florida | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 141 | Leonard Byalick | 2/7/1950 | Florida | Middle District of Florida | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 142 | Lesia Ann Beard | 7/12/1964 | Indiana | Southern District of Indiana | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 143 | Lewis C. Flitcraft | 9/3/1938 | Texas | Northern District of Texas | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144 | Lewis Douglas | 5/28/1956 | Florida | Middle District of Florida | Yes | No | Kidney Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 145 | Linda Edberg | 1/2/1959 | Florida | Middle District of Florida | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 146 | Lisa Schoneman | 3/22/1976 | North Carolina | Western District of North Carolina | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 147 | Lisa Thomas | 8/14/1966 | Delaware | District of Delaware | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 148 | Lisa Valma | 7/10/1967 | Texas | Southern District of Texas | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 149 | Samuel Valma | | | | | | | XI |